THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS RYAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of petit larceny, unani-

mously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.